

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar Number 8264
DANIEL J. COWHIG
Assistant United States Attorney
CLAY PLUMMER
Special Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
daniel.cowhig@usdoj.gov
clay.plummer@usdoj.gov
*Attorneys for the United States of America*

FILED _____ RECEIVED _____
ENTERED _____ SERVED ON _____
COUNSEL/PARTIES OF RECORD

**APR 2 9 2025**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOSÉ LUIS CASTILLO-ALVAREZ,
     a.k.a. "Celso Ramses Ibarra-Angulo,"
     a.k.a. "Oscar,"

and

KEVIN OMAR CRUZ-LIMA,
     a.k.a. "Kevin Omar Lima-Cruz,"
     a.k.a. "César,"

Defendants.

**SEALED**
**CRIMINAL INDICTMENT**

Case No. 2:25-cr-*0110-RFB-MDC*

**VIOLATIONS:**

Count One:  Conspiracy to Distribute Controlled Substances (Heroin, Methamphetamine, Fentanyl and Cocaine) – 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B)(i) and (viii) and 841(b)(1)(C)

Counts Two and Three: Distribution of a Controlled Substance (Heroin) – 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 18 U.S.C. § 2

Count Four: Possession with Intent to Distribute a Controlled Substance (Methamphetamine) – 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) and 18 U.S.C. § 2

Count Five: Possession with Intent to Distribute a Controlled Substance (Heroin) – 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(i)

Count Six: Possession with Intent to Distribute a Controlled Substance (Fentanyl) – 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi)

Count Seven: Possession with Intent to Distribute a Controlled Substance (Cocaine) – 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)

Counts Eight and Nine: 18 U.S.C. § 924(c)(1)(A)(i) – Possession of a Firearm During and in Relation to a Drug Trafficking Crime

Counts Ten and Eleven: 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8) – Prohibited Person in Possession of Firearm (Alien Illegally and Unlawfully in the United States)

Count Twelve: Deported Alien Found in United States – 8 U.S.C. § 1326(a) and (b)

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
Conspiracy to Distribute Controlled Substances
(Heroin, Methamphetamine, Fentanyl and Cocaine)
21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B)(i) and (viii) and 841(b)(1)(C)

Beginning from a date unknown but no earlier than September 2024, and continuing up to and including on or about March 27, 2025, in the State and Federal District of Nevada,

**JOSÉ LUIS CASTILLO-ALVAREZ, a.k.a. "Celso Ramses Ibarra-Angulo," a.k.a. "Oscar," and**
**KEVIN OMAR CRUZ-LIMA, a.k.a. "Kevin Omar Lima-Cruz," a.k.a. "César,"**

defendants herein, and others known and unknown to the Grand Jury, knowingly combined, conspired, confederated, and agreed with each other to distribute 100 grams or

2

more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; 10 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance; and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(B)(i) and (viii) and 841(b)(1)(C).

**COUNT TWO**
Distribution of a Controlled Substance (Heroin)
21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 18 U.S.C. § 2

On or about December 9, 2024, in the State and Federal District of Nevada,

**JOSÉ LUIS CASTILLO-ALVAREZ, a.k.a. "Celso Ramses Ibarra-Angulo,"
a.k.a. "Oscar," and
KEVIN OMAR CRUZ-LIMA, a.k.a. "Kevin Omar Lima-Cruz," a.k.a. "César,"**

defendants herein, aiding and abetting one another, knowingly and intentionally distributed a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

**COUNT THREE**
Distribution of a Controlled Substance (Heroin)
21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 18 U.S.C. § 2

On or about February 24, 2025, in the State and Federal District of Nevada,

**JOSÉ LUIS CASTILLO-ALVAREZ, a.k.a. "Celso Ramses Ibarra-Angulo,"
a.k.a. "Oscar," and
KEVIN OMAR CRUZ-LIMA, a.k.a. "Kevin Omar Lima-Cruz," a.k.a. "César,"**

defendants herein, aiding and abetting one another, knowingly and intentionally

3

distributed a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FOUR
Possession with Intent to Distribute a Controlled Substance (Methamphetamine)
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)

On or about March 27, 2025, in the State and Federal District of Nevada,

**KEVIN OMAR CRUZ-LIMA, a.k.a. "Kevin Omar Lima-Cruz," a.k.a. "César,"** defendant herein, knowingly and intentionally possessed with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT FIVE
Possession with Intent to Distribute a Controlled Substance (Heroin)
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(i)

On or about March 27, 2025, in the State and Federal District of Nevada,

**KEVIN OMAR CRUZ-LIMA, a.k.a. "Kevin Omar Lima-Cruz," a.k.a. "César,"** defendant herein, knowingly and intentionally possessed with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i).

## COUNT SIX
Possession with Intent to Distribute a Controlled Substance (Fentanyl)
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)

On or about March 27, 2025, in the State and Federal District of Nevada,

**KEVIN OMAR CRUZ-LIMA, a.k.a. "Kevin Omar Lima-Cruz," a.k.a. "César,"**

defendant herein, knowingly and intentionally possessed with intent to distribute 10 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SEVEN
Possession with Intent to Distribute a Controlled Substance (Cocaine)
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)

On or about March 27, 2025, in the State and Federal District of Nevada,

**KEVIN OMAR CRUZ-LIMA, a.k.a. "Kevin Omar Lima-Cruz," a.k.a. "César,"**

defendant herein, knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHT
Possession of a Firearm During and in Relation to a Drug Trafficking Crime
18 U.S.C. § 924(c)(1)(A)(i)

On or about March 27, 2025, in the State and Federal District of Nevada,

**JOSÉ LUIS CASTILLO-ALVAREZ, a.k.a. "Celso Ramses Ibarra-Angulo,"
a.k.a. "Oscar," and
KEVIN OMAR CRUZ-LIMA, a.k.a. "Kevin Omar Lima-Cruz," a.k.a. "César,"**

defendants herein, did knowingly possess a firearm in furtherance of the drug trafficking crime charged in Count One of this Indictment, that is: an Anderson Manufacturing model

5

AM15 5.56x45mm semiautomatic rifle bearing serial number 18117082, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**COUNT NINE**
Possession of a Firearm During and in Relation to a Drug Trafficking Crime
18 U.S.C. § 924(c)(1)(A)(i)

On or about March 27, 2025, in the State and Federal District of Nevada,

**JOSÉ LUIS CASTILLO-ALVAREZ, a.k.a. "Celso Ramses Ibarra-Angulo,"**
**a.k.a. "Oscar," and**
**KEVIN OMAR CRUZ-LIMA, a.k.a. "Kevin Omar Lima-Cruz," a.k.a. "César,"**

defendants herein, did knowingly possess a firearm in furtherance of the drug trafficking crime charged in Count One of this Indictment, that is: a privately made 9x19mm semiautomatic pistol bearing no serial number, made in part from a blue Polymer80 grip, in violation of Title 18, United States Code, Section 924(c)(1)(A).

**COUNT TEN**
Prohibited Person in Possession of Firearm
(Alien Illegally and Unlawfully in the United States)
18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8)

On or about March 27, 2025, in the State and Federal District of Nevada,

**JOSÉ LUIS CASTILLO-ALVAREZ, a.k.a. "Celso Ramses Ibarra-Angulo,"**
**a.k.a. "Oscar,"**

defendant herein, knowing he was an alien illegally and unlawfully in the United States, knowingly possessed a firearm, that is: an Anderson Manufacturing model AM15 5.56x45mm semiautomatic rifle bearing serial number 18117082, said possession being in and affecting commerce and said firearm having been shipped and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

6

## COUNT ELEVEN
Prohibited Person in Possession of Firearm
(Alien Illegally and Unlawfully in the United States)
18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8)

On or about March 27, 2025, in the State and Federal District of Nevada,

**KEVIN OMAR CRUZ-LIMA, a.k.a. "Kevin Omar Lima-Cruz," a.k.a. "César,"**

defendant herein, knowing he was an alien illegally and unlawfully in the United States, knowingly possessed a firearm, that is: a privately made 9x19mm semiautomatic pistol bearing no serial number, made in part from a blue Polymer80 grip, said possession being in and affecting commerce and said firearm having been shipped and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

## COUNT TWELVE
Deported Alien Found in the United States
8 U.S.C. § 1326(a) and (b)

On or about March 27, 2025, in the State and Federal District of Nevada,

**JOSÉ LUIS CASTILLO-ALVAREZ, a.k.a. "Celso Ramses Ibarra-Angulo," a.k.a. "Oscar,"**

defendant herein, an alien, was found in the United States after having been deported and removed therefrom on or about April 20, 2021, having reentered and remained in the United States, and not having obtained the express consent of the Attorney General of the United

7

States or the Secretary of Homeland Security, to reapply for admission to the United States, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

**DATED:** this 29Tth day of April, 2025.

**A TRUE BILL:**


/S/
FOREPERSON OF THE GRAND JURY

SIGAL CHATTAH
United States Attorney


DANIEL J. COWHIG
Assistant United States Attorney
CLAY PLUMMER
Special Assistant United States Attorney

8